UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WAI CHAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL NO. 1:20-cv-00394-JDL |
| ) | |
| MAINE STATE PRISON, et al., ) | |
| ) | |
| Defendants ) | |

## JUDGMENT OF DISMISSAL

In accordance with the Order Accepting the Recommended Decision of the Magistrate Judge, issued on December 7, 2020, by Chief U.S. District Judge Jon D. Levy; JUDGMENT of Dismissal is hereby entered.

                                                          Christa K. Berry
                                                        Clerk of Court

By:

                                                        /s/ Amy K. Spencer
                                                        Deputy Clerk

Dated: December 9, 2020